# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00632-CR

**Seth Nelson, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 5 OF TRAVIS COUNTY
### NO. C1CR-08-501757, HONORABLE NANCY WRIGTH HOHENGARTEN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant seeks to appeal from the trial court's judgment convicting him of assault on a family member. After negotiating a plea bargain, appellant pled nolo contendere to the charge and was sentenced to fifty days in jail. The trial court has certified that appellant has no right of appeal. Thus, the appeal is dismissed. *See* Tex. R. App. P. 25.2(d).

_____

David Puryear, Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Dismissed for Want of Jurisdiction

Filed: December 19, 2008

Do Not Publish